GEORGE W. WARD, Respondent, *v.* CHARLES PRATT et al., Appellants.

*Ward* v. *Pratt*, 2 App. Div. 616, affirmed.
(Argued June 11, 1897; decided June 25, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 11, 1896, which affirmed a judgment in favor of

plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Frank A. Abbott* for appellants.

*George W. Cothran,* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.